UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Amanda Cossaboon

        v.                          Civil No. 08-cv-00260-JL

Maine Medical Center


**O R D E R**


    The defendant has filed two Motions to Dismiss:  one for

insufficient service and lack of jurisdiction (document no. 12)

and one for non-compliance with the Maine Health Security Act

(document no. 13).  In light of these filings, the preliminary

pretrial conference currently scheduled for Thursday, September

4th, is hereby continued until after the court resolves the

pending motions to dismiss filed in this case.

    **SO ORDERED.**

                              _____
                              Joseph N. Laplante
                              United States District Judge


Dated:  September 3, 2008

cc:  Heather M. Burns, Esq.
     Gary B. Richardson, Esq.
     Gerald F. Petruccelli, Esq.
     Michael P. Lehman, Esq.
     Sarah S. Murdough, Esq.