UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Amanda Cossaboon, Individually
and as Mother and Next Friend of E.C.</u>

      v.                                  Civil No. 08-cv-260-JL

<u>Maine Medical Center</u>

## J U D G M E N T

In accordance with the Order dated March 31, 2009 by United States District Judge Joseph N. Laplante, judgment is hereby entered.

                                                By the Court,

                                                ***/s/ Daniel J. Lynch***

                                                Daniel J. Lynch
                                                Chief Deputy Clerk

March 31, 2009

cc:    Gary Richardson, Esq.
       Heather Burns, Esq.
       Gerald Petruccelli, Esq.
       Michael Lehman, Esq.
       Sarah Murdough, Esq.