UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Amanda Cossaboon, Individually, and as m/n/f of E.C., | ) ) ) Docket No. 1:08-cv-260-JL |
| Plaintiff | ) ) |
| v. | ) ) |
| Maine Medical Center, | ) ) |
| Defendant | ) ) ) |

# NOTICE OF APPEAL
## TO UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that Plaintiff, Amanda Cossaboon, Individually, and as m/n/f/ of E.C. (Cossaboon), hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and order of the District Court of New Hampshire entered in this action on March 31, 2009, granting Defendant, Maine Medical Center's, motion to dismiss for lack of personal jurisdiction.

The parties to the judgment and order appealed from and the names and address of their respective counsel follow:

    Gary B. Richardson, Esq.
    Heather M. Burns, Esq.
    Matthew R. Serge, Esq.
    Upton & Hatfield, LLP
    10 Centre Street
    PO Box 1090
    Concord, NH 03302-1090
    (603) 224-7791
    Counsel for Amanda Cossaboon

Michael P. Lehman, Esq.
Sarah S. Murdough, Esq.
Sulloway & Hollis, PLLC
9 Capitol Street
PO Box 1256
Concord, NH  03302-1256
(603) 224-2341
Counsel for Maine Medical Center

Gerald F. Petruccelli, Esq.
Petruccelli, Martin & Haddow, LLP
PO Box  17555
Portland, ME  04112-8555
(207) 775-0200
Counsel for Maine Medical Center

                Respectfully submitted,

                Amanda Cossaboon, Individually
                and as m/n/f of E.C.

                By Her Attorneys,
                UPTON & HATFIELD, LLP

Date:   April 23, 2009        By  /s/ Heather M. Burns_____
                Gary B. Richardson NHBA #2148
                Heather M. Burns NHBA #8799
                Matthew R. Serge NHBA #14243
                10 Centre Street, P.O. Box 1090
                Concord, NH 03302-1090
                (603) 224-7791
                hburns@upton-hatfield.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served through the Court electronic case filing system on Michael P. Lehman, Esq., Sarah S. Murdough, Esq., and Gerald F. Petruccelli, Esq., counsel for the Defendant.

Date:   April 23, 2009                /s/ Heather M. Burns_____
                Heather M. Burns