# United States Court of Appeals
## For the First Circuit

No. 09-1550

AMANDA COSSABOON,

Plaintiff, Appellant,

v.

MAINE MEDICAL CENTER,

Defendant, Appellee.

### JUDGMENT

Entered: March 25, 2010

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting Maine Medical Center's motion to dismiss for lack of personal jurisdiction is affirmed.

Certified and Issued
as mandate under
Fed. R. App. P. 41

Clerk
Deputy Clerk 4-16-10

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Burns, Mr. Lehman, Mr. Petruccelli, Mr. Richardson, Mr. Serge & Ms. Murdough